UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:14-mj-3232 |
| v. | ) | Judge Brown |
| | ) | |
| ALBERT WILLIAM KEYES | ) | |

**ORDER**
**Motion Granted**
**/S/ Joe B. Brown**
**JOE B. BROWN**
**Magistrate Judge**

## MOTION TO DISMISS *AD MORTEM DEFENDAE*

The United States of America, having been advised by the Federal Bureau of Investigation that Mr. Keyes was shot and killed by Sheriff's Deputies in Louisville, Kentucky, moves the Court to dismiss the criminal complaint against him.

Respectfully submitted,

David Rivera
United States Attorney for the
Middle District of Tennessee

By: *s/ William L. Deneke*
William L. Deneke
Assistant United States Attorney
A-961 U.S. Courthouse
110 Ninth Avenue South
Nashville, Tennessee 37203
Telephone: 615-736-5151

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent via internal courthouse mail to Vidette Putman, United States Probation Officer, this 17th day of March, 2014.

    */s/ William L. Deneke*
Assistant United States Attorney